```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                      Case No. 07-cr-219-PB

**Levi Blake**


**O R D E R**

The defendant, through counsel, has moved to continue the April 1, 2008 trial in the above case to allow additional time to complete discovery and engage in plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 1, 2008 to June 3, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The March 31, 2008 final pretrial conference is continued to May 21, 2008 at 4:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 28, 2008

cc: Jeffrey Levin, Esq.
 Robert Kinsella, AUSA
 United States Probation
 United States Marshal